UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>META MARBLE & GRANITE, INC. and JASON VINCENT SANGUINET,<br><br>Defendants. | No. 2:25-cv-00005-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS** |

This matter came before the Court on Plaintiff Midwest Family Mutual Insurance Company and Defendant Meta Marble & Granite, Inc.'s Stipulated Motion to Stay Proceedings a, and, for good cause shown, the Court hereby ORDERS as follows:

1. The Parties' Stipulated Motion, Dkt. #23, is GRANTED.

2. This matter, including all discovery and case schedule deadlines, is stayed through January 31, 2026, at which point the stay will be terminated automatically, absent an extension granted by the Court.  In the event the stay is terminated, the Parties will file an updated Joint Status Report providing a new proposed trial date and case schedule deadlines.

DATED this 29th day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE